IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| LIBERTY INSURANCE UNDERWRITERS INC., | Chapter 11 |
|---|---|
| Appellant, | Dist. Case No. 1:21-cv-03065-TWP-DLP |
| v. | Bankr. Case No. 18-09108-RLM-11 |
| USA GYMNASTICS, | |
| Appellee. | |

## MOTION TO APPEAR *PRO HAC VICE*

Dean N. Panos of Jenner & Block LLP moves the Court, pursuant to Rule 83-6(c) of the Local Rules of the United States District Court for the Southern District of Indiana, for an order granting admission *pro hac vice* for the purpose of appearing as counsel on behalf of the Debtor USA Gymnastics in the above-styled cause only. In support of this motion, the applicant states:

    1.    I am a practicing attorney, duly licensed to practice and currently in good and active standing in the following courts:

| Courts | Dates of Admission |
|---|---|
| Northern District of Illinois | 1990 |
| Southern District of Indiana | 1990 |
| Northern District of Indiana | 1990 |
| U.S. Court of Appeals, Seventh Circuit | 1992 |
| Eastern District of Michigan | 2001 |
| U.S. Court of Appeals, Sixth Circuit | 2005 |
| U.S. Supreme Court | 2006 |
| U.S. Court of Appeals, Ninth Circuit | 2009 |

    2.    I have never been disbarred or suspended from practice before any court, department, bureau, or commission of any state or the United States. I have never received a

reprimand or been subject to other disciplinary action from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

3. I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the United States District Court for the Southern District of Indiana, including the Rules of Disciplinary Enforcement, and I will abide by these rules and standards.

4. Contemporaneously with the filing of this Motion, I have caused the required *pro hac vice* admission fee to be paid to the Clerk of the Court.

WHEREFORE, the applicant certifies the above information is true and correct and requests this Court enter an order of admission *pro hac vice* for purposes of this case only.

Dated: January 12, 2022                                   Respectfully submitted,

                                                                       */s/ Dean N. Panos*
                                                                        Dean N. Panos
                                                                        JENNER & BLOCK LLP
                                                                        353 N. Clark Street
                                                                        Chicago, Illinois 60654
                                                                        (312) 222-9350
                                                                        dpanos@jenner.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing *Motion To Appear Pro Hac Vice* was filed electronically this 12th day of January, 2022. Notice of this filing will be sent to all parties registered for electronic filing by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

/s/ *Dean N. Panos*
Counsel for the Debtor